IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | CR. NO. 3:06CR204-MEF |
| v. | ) ) ) ) | [18 U.S.C. § 922(g)(1) 26 U.S.C. § 5841; 26 U.S.C. § 5861(d); 26 U.S.C. § 5871; 26 Chapter 53] |
| HENRY ERIK YAPIAS | ) ) ) ) | **INDICTMENT** |

The Grand Jury charges:

## COUNT 1

On or about November 7, 2005, in Lee County, within the Middle District of Alabama,

**HENRY ERIK YAPIAS**,

having been convicted of the following offense, which is punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

(a)  Unlawful Distribution of Controlled Substance, Methamphetamine in the Circuit Court of Russell County, Alabama, Case No CC04-112, on or about April 28, 2004,

did knowingly possess in and affecting commerce a firearm, more specifically, a Winchester, Model 37, 12 Gauge Shotgun, a better description of which is unknown to the Grand Jury.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about November 7, 2005, in Lee County, within the Middle District of Alabama,

**HENRY ERIK YAPIAS,**

knowingly possessed a Winchester, Model 37, 12 Gauge Shotgun, a better description of which is unknown to the Grand Jury, a shotgun having a barrel less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL:

*Janacie Davis Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
CHRISTOPHER A. SNYDER
Assistant United States Attorney