IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.      ) | CR. NO. 3:06-cr-204-MEF |
| ) | |
| HENRY ERIK YAPIAS ) | |

<u>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

TO THE HONORABLE CHARLES S. COODY, UNITED STATES MAGISTRATE JUDGE:

 Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Henry Erik Yapias now in custody of Limestone Correctional Facility, Harvest, Alabama, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on September 27, 2006, at 10:00 a.m.

 WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Limestone Correctional Facility, Harvest, Alabama, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on September 27, 2006, at 10:00 a.m.

 Respectfully submitted this the 22nd of August, 2006.

             LEURA GARRETT CANARY
             UNITED STATES ATTORNEY

             /s/ Christopher A. Snyder
             CHRISTOPHER A. SNYDER
             Assistant United States Attorney
             Post Office Box 197
             Montgomery, Alabama 36101-0197
             334.223.7280
             334.223.7135 fax
             christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-cr-204-MEF |
| | ) | |
| HENRY ERIK YAPIAS | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed August 22, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Limestone Correctional Facility, Harvest, Alabama, commanding it to deliver Henry Erik Yapias to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on September 27, 2006, at 10:00 am, and to return the prisoner to said official when the court shall have finished with him.

DONE this the _____ day of August, 2006.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE