IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 3:06-cr-204-MEF |
| ) | |
| HENRY ERIK YAPIAS ) | |

**O R D E R**

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed August 22, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Limestone Correctional Facility, Harvest, Alabama, commanding it to deliver Henry Erik Yapias to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on September 27, 2006, at 10:00 am, and to return the prisoner to said official when the court shall have finished with him.

Done this 23rd day of August, 2006.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE