**COURTROOM DEPUTY MINUTES**  DATE: __9/27/06__

**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: __11:02 -11:06__

√  **INITIAL APPEARANCE**
❑  **DETENTION HEARING**
❑  **REMOVAL HEARING (R.40)**
√  **ARRAIGNMENT**
❑  **ARRAIGNMENT on SUPERSEDING INDICTMENT**
❑  **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE VANZETTA PENN MCPHERSON  DEPUTY CLERK: WANDA ROBINSON

CASE NO. __3:06cr204-MEF__                 DEFT. NAME: __Henry Erik Yapias__

USA: __Susan Redmond__                  ATTY: __Samuel Walker__

_____ Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√ ) CDO ;

USPTSO/USPO:_____

Defendant _____does √___does NOT need an interpreter; NAME_____

❑ Kars.          Date of Arrest _____  or  ❑ karsr40

√ kia.          Deft. First Appearance. Advised of rights/charges. ❑Pro/Sup Rel Violator

√ Finaff.       Financial Affidavit executed ❑ to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel.

√ koappted    **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**

❑20appt.      Panel Attorney Appointed; ❑ to be appointed - prepare voucher

❑              Deft. Advises he will retain counsel. Has retained _____

❑              Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❑ To be followed by written motion;

❑              Government's **WRITTEN** Motion for Detention Hrg. filed.

❑              **DETENTION HRG** ❑ held; ❑ set for_____; ❑ **Prelim. Hrg** ❑ Set for_____

❑ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered

❑kodtn.        **ORDER OF DETENTION PENDING TRIAL** entered

❑ kocondrls.   Release order entered. ❑ Deft. advised of conditions of release.

❑kbnd.        ❑ **BOND EXECUTED** (M/D AL charges) $ _____  Deft released (kloc LR)

               ❑ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered

❑ Loc.(LC)     Bond **NOT** executed. Deft to remain in Marshal's custody

❑ ko.          Deft. **ORDERED REMOVED** to originating district

❑ kwvprl.      Waiver of ❑ Preliminary hearing; ❑ Kwvr40hrg. (Waiver of R.40 Hearing)

❑              Court finds **PROBABLE CAUSE**  Defendant bound over to the Grand Jury.

√ Karr.        **ARRAIGNMENT** SET FOR:_____  √ **HELD**. Plea of **NOT GUILTY** entered.

               √ **Trial Term** __11/27/06__;  √ **PRETRIAL CONFERENCE DATE**: 10/13/0_

               √ **DISCOVERY DISCLOSURES DATE**: __9/27/06__

❑ Krmknn.     **NOTICE** to retained Criminal Defense Attorney handed to Counsel

❑ krmvhrg.     Identity/Removal Hearing set for _____

❑ Kwvspt      **Waiver of Speedy Trial Act Rights Executed.**