IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr204-MEF |
| | ) | |
| **HENRY ERIK YAPIAS** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, **HENRY ERIK YAPIAS,** in the above-styled case.

Dated this 4th day of October 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Chris Snyder, Assistant United States Attorney.

                                  Respectfully submitted,

                                  s/Jennifer A. Hart
                                  **JENNIFER A. HART**
                                  FEDERAL DEFENDERS
                                  MIDDLE DISTRICT OF ALABAMA
                                  201 Monroe Street, Suite 407
                                  Montgomery, AL 36104
                                  Phone: (334) 834-2099
                                  Fax: (334) 834-0353
                                  jennifer_hart@fd.org
                                  AL Bar Code: HAR189