IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:06-cr-204-MEF |
| ) | |
| HENRY ERIK YAPIAS ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

     Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Henry Erik Yapias, into the custody of Keith Jordan, Lee County Sheriff's Office, from October 13, 2006, through February 13, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Keith Jordan, Lee County Sheriff's Office, to return said prisoner into the custody of the United States Marshals Service when he has finished with him.

     Respectfully submitted this the 12th of October, 2006.

                                               LEURA GARRETT CANARY
                                               UNITED STATES ATTORNEY

                                             /s/ Christopher A. Snyder
                                             CHRISTOPHER A. SNYDER
                                             Assistant United States Attorney
                                             Post Office Box 197
                                             Montgomery, Alabama 36101-0197
                                             334.223.7280
                                             334.223.7135 fax
                                             christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:06-cr-204-MEF |
| ) | |
| HENRY ERIK YAPIAS ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on October 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer A. Hart.

    LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:06-cr-204-MEF |
| ) | |
| HENRY ERIK YAPIAS ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on October 12, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Henry Erik Yapias, to Keith Jordan, Lee County Sheriff's Office, on October 13, 2006, through February 13, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Keith Jordan, Lee County Sheriff's Office, return said prisoner into the custody of the United States Marshals Service when he has finished with him.

DONE this the _____ day of October, 2006.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE