IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA        )
                                )
        v.                      )        CR. NO. 3:06-cr-204-MEF
                                )
HENRY ERIK YAPIAS               )

## O R D E R

Upon consideration of the government's motion for release of prisoner filed on October 12, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service release custody of Henry Erik Yapias, to Keith Jordan, Lee County Sheriff's Office, on October 13, 2006, through February 13, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Keith Jordan, Lee County Sheriff's Office, return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done this 13th day of October, 2006.


        _____/s/Charles S. Coody_____
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE