| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   OCTOBER 13,  2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:    1:11 p. m. to 1:12 p.m.** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 3:06CR204-MEF-CSC**     **DEFENDANT NAME:   HENRY E. YAPIAS**

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  CHRISTOPHER SNYDER | ATTY.  JENNIFER HART |

√     **DISCOVERY STATUS: Complete.**

_____
_____

√     **PENDING MOTION STATUS:   None.**

_____

√     **PLEA STATUS: Possible plea**

_____
_____

√     **TRIAL STATUS: Will take 2 days  to try case if goes to trial.**

_____

❐     **REMARKS:**

_____