IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:06cr204-MEF |
| ) | |
| HENRY ERIK YAPIAS ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, Henry Erik Yapias, by and through his undersigned counsel, Jennifer A. Hart, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. The Defendant waives his right to plea in front of a district judge and consents to do so before a magistrate judge.

Dated this 15th day of October 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Chris Snyder, Assistant United States Attorney.

    Respectfully submitted,

    s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189