IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRCT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff

VS.                      CASE NUMBER: 3:06CR205-MEF

HENRY ERIK YAPIAS,
    Defendant.

## NOTICE OF APPEARANCE

COMES now, SYDNEY ALBERT SMITH, CJA Panel Attorney, and files herein his notice of appearance as appointed counsel for the Defendant, HENRY ERIK YAPIAS, in the above styled cause.

Respectfully submitted this the 21st day of November, 2006.

                      S/Sydney Albert Smith
                      Sydney Albert Smith
                      ASB-3560-H70S
                      Attoney at Law
                      P. O. Drawer 389
                      Elba, AL 36323
                      Phone:    334-897-3658
                      Fax:    334-897-3658
                      sydneyalbertsmith@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have servede a copy of the foregoing with the Clerk of the Court using the CM/ECF sydtem which will send notifications of such filing to the following:

Chris Snyder, Assistant Unites States Attorney
Jennifer A. Hart, Federal Defenders Middle District of Alabama.

                      S/Sydney Albert Smith
                      Sydney Albert Smith
                      ASB-3560-H70S
                      Attoney at Law
                      P. O. Drawer 389

Elba, AL 36323
Phone:         334-897-3658
Fax:             334-897-3658
sydneyalbertsmith@charter.net