IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:06cr204-MEF |
| | ) | |
| HENRY ERIK YAPIAS | ) | |

**ORDER**

Now pending before the court is the defendant's motion to allow Jennifer Hart to withdraw as counsel of record and to appoint a CJA panel attorney (doc. # 20). On November 21, 2006, Attorney Sydney Albert Smith filed a notice of appearance. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the defendant's motion for Jennifer Hart to withdraw and appoint a panel attorney be and is hereby GRANTED. It is further

ORDERED that Sydney Albert Smith be and is hereby appointed to represent the defendant for all further proceedings.

Done this 27th day of November, 2006.


           /s/Charles S. Coody
           CHARLES S. COODY
           CHIEF UNITED STATES MAGISTRATE JUDGE