IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRCT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff

VS.                  CASE NUMBER: 3:06CR205-MEF

HENRY ERIK YAPIAS,
    Defendant.

## CONFIRMATION OF INTENT TO CHANGE PLEA

COMES now the Defendant, HENRY ERIK YAPIAS by and through SYDNEY ALBERT SMITH, CJA Panel Attorney, and herein confirms his intent to change his plea from Not Guilty to Guilty, in the above styled cause.

Respectfully submitted this the 29th day of November, 2006.

    S/Sydney Albert Smith
    Sydney Albert Smith
    ASB-3560-H70S
    Attoney at Law
    P. O. Drawer 389
    Elba, AL 36323
    Phone:    334-897-3658
    Fax:    334-897-3658
    sydneyalbertsmith@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have servede a copy of the foregoing with the Clerk of the Court using the CM/ECF sydtem which will send notifications of such filing to the following:

Chris Snyder, Assistant Unites States Attorney
Jennifer A. Hart, Federal Defenders Middle District of Alabama.

    S/Sydney Albert Smith
    Sydney Albert Smith
    ASB-3560-H70S
    Attoney at Law
    P. O. Drawer 389

Elba, AL 36323
Phone:         334-897-3658
Fax:           334-897-3658
sydneyalbertsmith@charter.net