| | | |
|---|---|---|
| **ACOURTROOM DEPUTY MINUTES** | **DATE:** DECEMBER 1, 2006 | **FTR RECORDING:** 9:27 - 9:35<br>9:51 - 10:02 |
| **MIDDLE DISTRICT OF ALABAMA** | **COURT REPORTER:** RISA ENTREKIN | |

- ☐ ARRAIGNMENT
- ✓ CHANGE OF PLEA
- ☐ CONSENT PLEA
- ☐ RULE 44(c) HEARING
- ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** CHARLES S. COODY   **DEPUTY CLERK:** WANDA STINSON
**CASE NUMBER:** 3:06CR204-MEF-CSC   **DEFENDANT NAME:** HENRY ERIK YAPIAS
**AUSA:** CHRISTOPHER SNYDER   **DEFENDANT ATTY:** SYDNEY ALBERT SMITH
Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO
**USPTS/USPO:** TERRANCE MARSHALL

Defendant ____ does ✓ does NOT need and interpreter. Name: _____

---

- ☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
- ☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
- ☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
- ☐ **WAIVER OF INDICTMENT** executed and filed.
- ☐ **FELONY INFORMATION** filed.
- ☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:** ☐ Not Guilty ☐ Nol Contendere ☐ Not Guilty by reason of insanity
   ✓ Guilty as to: ✓ Count(s) __1__ of the **Indictment.**
   ☐ Count(s) _____ ☐ dismissed on oral motion of USA;
   ☐ To be dismissed at sentencing.

- ✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
- ☐ No Plea Agreement entered  ✓ Written plea agreement filed.  ☐ **ORDERED SEALED.**
- ✓ **ORAL ORDER** Adjudicating defendant guilty.
- ☐ **ORDER:** Defendant Continued ☐ Same Conditions/Bond imposed by Mag. Judge;
   ☐ Released on Bond & Conditions of Release for:   ☐ Trial on _____;
   ☐ Sentencing on _____;   ☐ to be set by Separate Order
- ✓ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
   ☐ Trial on _____; or ✓ Sentencing on _____ ✓ Set by separate Order.