**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 26, 2007

# NOTICE OF DEFICIENCY

**To:** Attorney Sydney Albert Smith

**From:** Clerk's Office

**Case Style:** U.S.A. vs. Henry Erik Yapias

**Case Number:** 3:06cr204-MEF

**Referenced Pleading: Motion to Continue and Motion for a Psychiatric Exam
Documents #30 & #31**

The above referenced pleadings filed by electronic means on 1/25/07 do not contain your electronic signature on the signature page or the certificate of service page as required by the Criminal Administrative Procedures.

Please file a signature page and certificate of service page by conventional means for the referenced pleadings with your electronic signature as soon as possible.