IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:06-cr-204-MEF |
| ) | |
| HENRY ERIK YAPIAS ) | |

## **O R D E R**

Upon consideration of the Motion to Continue Sentencing (Doc. #30) and the Motion for Psychiatric Exam (Doc. #31) filed on January 25, 2007, it is hereby ORDERED:

1. That the motion to continue sentencing is GRANTED. The sentencing hearing set for February 15, 2007 is continued until further order of the court.

2. That the motion for psychiatric exam is referred to the Magistrate Judge for entry of any orders or recommendations as may be appropriate.

DONE this the 26th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE