IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:06-CR-204-MEF |
| | ) | |
| HENRY ERIK YAPIAS | ) | |

**<u>ORDER</u>**

Upon consideration of the motion for Psychiatric Exam (doc. # 31) filed by the defendant, it is

ORDERED that a hearing be and is hereby set on February 9, 2007, at 9:00 a.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. The United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 2nd day of February, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE