IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 3:06cr204-MEF |
| | ) | |
| HENRY ERIK YAPIAS | ) | |

**ORDER**

For good cause, it is hereby

**ORDERED** that the hearing on the defendant's motion for a psychiatric examination presently set for February 9, 2007 at 9:00 a.m. in Courtroom 4B be and is hereby **MOVED** to **Courtroom 5B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 7th day of February 2007.

                          /s/Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE