MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN, DIVISION

SUSAN RUSS WALKER, U. S. MAGISTRATE JUDGE, PRESIDING
MONTGOMERY, ALABAMA

| | | |
|---|---|---|
| DATE COMMENCED: | February 9, 2007 | 9:00 a.m. |
| DATE COMPLETED: | February 9, 2007 | 9:02 a.m. |

UNITED STATES OF AMERICA          *

vs                               *          3:06cr204-MEF

HENRY ERIK YAPIAS                 *

---

GOVERNMENT                    APPEARANCES:                    DEFENDANT

Christopher Snyder            *    Sydney Smith
                             *
                             *

---

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy          Scott Wright, USPO
Risa Entrekin, Court Reporter

---

PROCEEDINGS:

HEARING ON DEFENDANT'S MOTION FOR PSYCHIATRIC EXAM (DOC #31)

9:00 a.m.    Court convenes.
             Court statements regarding motion for psychiatric examination.
             Mr. Smith wants defendant admitted for evaluation.
             Government has no objections and agrees with Mr. Smith.
             Court states there is no dispute and order will be entered committing defendant for
             evaluation.
9:02 a.m.    Court recessed.