IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr204-MEF |
| | ) | WO |
| HENRY ERIK YAPIAS | ) | |

## **ORDER**

Upon consideration of the psychiatric report (Doc. # 40), filed June 12, 2007, and for good cause, it is

ORDERED that a status conference by telephone is scheduled for 4:00 p.m. on June 15, 2007. Counsel for the government is DIRECTED to set up the telephone conference call.

DONE, this 13th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE