**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-CR-204-MEF |
| | ) | |
| **HENRY ERIK YAPIAS** | ) | |
| | ) | |

### United States's Motion for Reduction of Offense Level for Acceptance of Responsibility

The United States moves this Court to reduce Henry Erik Yapias's offense level by one-level based on Yapias's acceptance of responsibility. As grounds for this Motion, the United States notes:

1. On or about October 12, 2006–approximately one month and two weeks prior to trial–Yapias's counsel indicated that Yapias wanted to cooperate with the Government and to plead guilty to the charges in this case.

2. This was sufficiently early to permit the Government to avoid preparing for trial and to allocate its resources efficiently.

3. Therefore, under United States Sentencing Guidelines § 3E1.1(b), the United States makes this formal request for a one-level reduction in Yapias's offense level for acceptance of responsibility so that he shall receive a total reduction for acceptance of responsibility of three-levels.

Respectfully submitted this the 11th day of September, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: christopher.a.snyder@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney