IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
v.                               )   CASE NO. 3:06-cr-204-MEF
                                 )
HENRY ERIK YAPIAS,               )        (WO)

## ORDER

This cause is before the Court on the Motion to Correct Judgment (Doc. # 52) filed on January 4, 2010.  By this motion Defendant Henry Erik Yapias seeks an amended judgment pursuant to Federal Rule of Criminal Procedure 36.  The Court has carefully considered the submissions in support of and in opposition to the motion as well as the applicable law.  The Court is satisfied that Defendant has been credited all of the time that he is entitled to receive for his federal sentence.

It is hereby ORDERED that the motion is DENIED.

DONE this the 4th day of February, 2010.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE